No. 96–7228.  SMITH v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 96–7231.  POWELL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 96–7232.  BARTHOLIC v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 96–7234.  HUSS v. ACEVEDO, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 96–7235.  JONES v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 96–7237.  CHEEK v. HORN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 96–7239.  CROSS v. MURPHY.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 96–7241.  KING v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 96–7243.  CROSS v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 96–7248.  VICTOR v. HOPKINS, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 96–7287.  HYDE v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 96–7290.  FOSTER v. GIANT FOOD, INC.  Ct. App. D. C.  Certiorari denied.

No. 96–7333.  ROBINSON v. VIRGINIA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 96–7402.  EGUITA v. OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 96–7403.  EVERETT v. BOARD OF IMMIGRATION APPEALS.  C. A. 11th Cir.  Certiorari denied.